UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ADDISON ALEXANDER,**

      **Plaintiff**

   v.               C-1-13-133

**SGT. PAYNE,** *et al.*,

      **Defendants**

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 29) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted. The Report and Recommendation of the United States Magistrate Judge (doc. no. 29) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Defendant Hobberson's Motion to Dismiss (doc. no. 20) is

2

well-taken. To the extent plaintiff's Complaint asserts any claims against defendant Hobberson, those claims are dismissed and defendant Hobberson is TERMINATED as a defendant from this action.

This case is RECOMMITTED to the United States Magistrate for further proceedings according to law.

IT IS SO ORDERED.

              s/Herman J. Weber
             Herman J. Weber, Senior Judge
              United States District Court