IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Addison Alexander,  :
:
       Plaintiff(s),  :
:  Case Number: 1:13cv133
   vs.  :
:  Judge Susan J. Dlott
Sgt. Payne,  :
:
       Defendant(s).  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 18, 2015 (Doc. 44), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 4, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, Defendant Hubbard's Motion to Dismiss (Doc. 40) is **DENIED**.  Plaintiff is DIRECTED to submit to the Clerk a completed summons form as to Defendant Hubbard within 21 days of the Report and Recommendation.  Once the summons is received, the United States Marshal Service will be ordered to serve a copy of the summons and complaint upon Defendant Hubbard.  Plaintiff's failure to timely submit the completed summons form could result in dismissal of this action.

IT IS SO ORDERED.

                              ___s/Susan J. Dlott_____
                              Judge Susan J. Dlott
                              United States District Court