IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Addison Alexander, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv133 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Sgt. Payne, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 5, 2016 (Doc. 71), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 22, 2016, hereby ADOPTS said Report and Recommendation.

However, plaintiff did file a rule 56(D) Motion to Defer and or Deter Defendant's Motion for Summary Judgment (Doc. 73). Defendant did not respond.

Accordingly, defendant Hubbard's Motion for Summary Judgment (Doc. 62) is GRANTED. This case is hereby TERMINATED from the docket of this Court. Motion to Appoint Counsel (Doc. 75) is DENIED as MOOT.

IT IS SO ORDERED.

    s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court